UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ANNA B. REYES and SALLY B. REYES,                    21 – CV-

                                    Plaintiffs,

                    -against-                               **NOTICE OF REMOVAL
                                                            PURSUANT TO 28
                                                            U.S.C. § 1441**

THE CITY OF NEW YORK, THE PORT AUTHORITY
OF NEW YORK AND NEW JERSEY and THE PORT
AUTHORITY OF NEW YORK AND NEW JERSEY
POLICE DEPARTMENT,

                                    Defendants.
-------------------------------------------------------------------x

TO:      THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK:

        **PLEASE TAKE NOTICE** that as provided by Title 28, U.S. Code, Chapter 89,

defendant THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, by and through

their undersigned attorneys, hereby files this Notice of Removal of the above-described action to

the United States District Court for the Southern District of New York and the Supreme Court of

the State of New York, County of New York, where the action is now pending under Index No:

153490/2021.

        **PLEASE TAKE FURTHER NOTICE**, Defendant hereby states that Defendant has not

yet filed an Answer to the Complaint in this matter and reserve its right under Fed. R. Civ. P.

81(c)(2) to file an Answer to the Amended Complaint or otherwise move in the United States

District Court Southern District of New York, and further state:

1.      The above-entitled action was commenced in the Supreme Court of the State of New York, County of New York on September 3, 2021, as against THE CITY OF NEW YORK, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY and THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT, and is now pending in that court. Defendant was served with a copy of the Summons and Verified Complaint on September 21, 2021.

2.      This action is timely removed pursuant to 28 U.S.C. § 1446(b)(2)(B), which permits each defendant to file notice of removal 30 days after receipt by or service on that defendant of the initial pleading or summons.

3.      In accordance with 28 U.S.C. § 1446(a), a copy of all process and pleadings received by this Defendant are attached hereto as **Exhibit A**.

4.      The other named Defendants in this action, THE CITY OF NEW YORK and THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT have consented to removal pursuant to 28 U.S.C. § 1446(b)(2)(C). THE CITY OF NEW YORK's consent to removal is attached hereto as **Exhibit B.**

5.      THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT's consent to removal is attached hereto as **Exhibit C**.

6.      This civil action was commenced against Defendants in the Supreme Court of the State of New York, County of New York by Plaintiffs, and alleges several causes of action, among them are: (a) Assault and Battery; (b) violation of plaintiffs' constitutional and civil rights, apparently seeking redress under 42 USC § 1983 and 42 USC § 1988; (c) unlawful imprisonment; (d)

malicious prosecution and (e) intentional infliction of emotional distress. The Plaintiffs allege that, among other acts, the Plaintiffs were seriously physically injured, as a result of the conduct of Defendants during the course of a lawful arrest in response to a fight.

7.      The United States District Court for the Southern District of New York has jurisdiction by reason of 28 U.S.C. § 1331 in that the action arises under the Laws of the United States, as it appears from the Verified Complaint of the Plaintiffs base their claims for relief against Defendants on and under the United States Constitution and federal statutes. To the extent the Complaint alleges state common law or other non-federal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as the Plaintiffs' federal claims and form part of the same cases or controversy.

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Southern District of New York is the federal judicial district embracing the Supreme Court of the State of New York, County of New York where the State Court Action was originally filed.

9.      In accordance with 28 U.S.C. § 1441(d), the filing of a copy of this notice with the County Clerk and Clerk of the Supreme Court of the state of New York, County of New York shall give the court notice of the removal and the Supreme Court of the State of New York shall proceed no further with respect to the action, unless and until the case is remanded thereto.

**WHEREFORE**, Defendants respectfully request that this action, previously pending in the Supreme Court of the State of New York, County of New York, proceed in this Court as an

action properly removed to it and that this Court enter such other and further orders as may be

necessary to accomplish the requested removal.

Dated: New York, New York
       October 18, 2021

                           **THE PORT AUTHORITY LAW DEPARTMENT**
                           Attorneys for Defendant, The Port Authority of New York
                           and New Jersey


                    By:    *Sandy Milord*
                           Sandy Milord, Esq.
                           The Port Authority of New York and New Jersey
                           4 World Trade Center
                           150 Greenwich Street, 24th Floor
                           New York, New York 10007
                           Phone Number: (212) 435-3431


TO:    County Clerk and Clerk of the Supreme Court
       Of the State of New York, County of New York
       60 Centre Street
       New York, New York 10007

       Nissim Abaev, Esq.
       ABAEV LAW FIRM, PLLC
       1 Linden Place, Suite 405
       Great Neck, New York 11021

       Georgia M. Pestana, Corporation Counsel
       The City of New York
       100 Church Street
       New York, New York 10007