# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ANNA B. REYES and SALLY B. REYES,                    21 – CV-

                              Plaintiffs,

        -against-                                              **NOTICE OF CONSENT**
                                                                                                **TO REMOVAL**

THE CITY OF NEW YORK, THE PORT AUTHORITY
OF NEW YORK AND NEW JERSEY and THE PORT
AUTHORITY OF NEW YORK AND NEW JERSEY
POLICE DEPARTMENT,

                              Defendants.
-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the defendant, THE CITY OF NEW YORK, has consented to the removal of the above-captioned matter, currently pending in the Supreme Court of the State of New York, New York County under Index No.: 158238/2021.

                                                              NEW YORK CITY LAW DEPARTMENT

                                                            By: ___Andrew Owen_____
                                                                    Georgia M. Pestana
                                                             Corporation Counsel
                                                            The City of New York
                                                            100 Church Street
                                                           New York, New York 10007