# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANNA B. REYES and SALLY B. REYES,   21 – CV-

                        Plaintiffs,

    -against-                                        NOTICE OF CONSENT
                                                            TO REMOVAL

THE CITY OF NEW YORK, THE PORT AUTHORITY
OF NEW YORK AND NEW JERSEY and THE PORT
AUTHORITY OF NEW YORK AND NEW JERSEY
POLICE DEPARTMENT,

                        Defendants.
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the defendant, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DERPARTMENT, has consented to the removal of the above-captioned matter, currently pending in the Supreme Court of the State of New York, New York County under Index No.: 158238/2021.

                                                          THE PORT AUTHORITY OF NEW YORK
                                                          AND NEW JERSEY

                                                          By: _____
                                                             James McCoy, Board Secretary
                                                           Port Authority of New York and New Jersey
                                                           4 World Trade Center
                                                           150 Greenwich Street, 23rd Floor
                                                           New York, New York 10007