UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANNA B. REYES and SALLY B. REYES,     21 – CV-

                Plaintiffs,

-against-     **DECLARATION OF SERVICE**

THE CITY OF NEW YORK, THE PORT AUTHORITY
OF NEW YORK AND NEW JERSEY and THE PORT
AUTHORITY OF NEW YORK AND NEW JERSEY
POLICE DEPARTMENT,

                Defendants.
------------------------------------------------------------------x

I, Sandy Milord, pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

That I am over the age of eighteen years, not a party to this action and am in the employ of the Port Authority of New York and New Jersey Law Department.

That on October 18, 2021, the declarant served a copy of the **NOTICE OF REMOVAL** upon

Nissim Abaev, Esq.
ABAEV LAW FIRM, PLLC
1 Linden Place, Suite 405
Great Neck, New York 11021

Via Federal Express by bringing a true copy thereof, securely enclosed in an addressed, sealed Federal Express wrapper to the Federal Express Dropbox which is designated to received outgoing Federal Express material.

I declare under penalty of perjury, that the foregoing is true and correct.

Signed this 18th day of October 2021.

                By:     *Sandy Milord*
                            Sandy Milord
                            Port Authority Law Department